# EXHIBIT A

# Newman, Darth M.

| | |
|---|---|
| From: | Newman, Darth M. |
| Sent: | Friday, August 01, 2014 5:30 PM |
| To: | 'Chris Fiore' |
| Cc: | Martin, Joseph |
| Subject: | FW: Siegel - Response to Doc Request.PDF [IWOV-Archer.FID2887600] |
| Attachments: | (11321835 - 1) - Siegel Protective Order-c-c.DOC |

Chris,

Here is my email related to the confidentially/protective order I said I would re-send to you.  Attached is the same draft order I previously sent.

~~~Darth


**Darth M. Newman, Esq.**

One Centennial Square
Haddonfield, NJ 08033
Direct Dial: 856-673-3905
Fax: 856-673-7035
dnewman@archerlaw.com
www.archerlaw.com

**Archer&Greiner** P.C.
ATTORNEYS AT LAW

---

**From:** Newman, Darth M. [mailto:dnewman@archerlaw.com]
**Sent:** Thursday, July 17, 2014 5:54 PM
**To:** 'Chris Fiore'
**Cc:** Martin, Joseph
**Subject:** RE: Siegel - Response to Doc Request.PDF [IWOV-Archer.FID2887600]

Hello,

The last document you sent did not address at all my client's concerns regarding confidential and personal information but did include some useful paragraphs regarding your client's forensic review of my client's data/hard drives/ etc.

I modified a protective order we used in a different EDPA case and attach it here for your review.  If it is acceptable please sign and email back to me.  If you make changes please use track changes.

I have 175 pages of documents ready to produce once we agree to the attached.

~~~Darth


**Darth M. Newman, Esq.**

One Centennial Square
Haddonfield, NJ 08033
Direct Dial: 856-673-3905
Fax: 856-673-7035
dnewman@archerlaw.com
www.archerlaw.com

1

# Archer&Greiner p.c.
ATTORNEYS AT LAW

**From:** Chris Fiore [mailto:cfiore@fiorebarber.com]
**Sent:** Monday, July 14, 2014 8:33 AM
**To:** Newman, Darth M.
**Subject:** Siegel - Response to Doc Request.PDF [IWOV-Archer.FID2887600]

Darth:

Here is draft of Protective order. If you make changes, kindly track changes.

Also, what is status of your responses to Plaintiff's RFP Nos. 3, 4, 5, 6, 7, 14, 15, and 16.

---

**From:** Jessica Fernandez [mailto:JFernandez@lebfirm.com]
**Sent:** Friday, July 11, 2014 5:41 PM
**To:** Chris Fiore
**Subject:** RE: Siegel - Response to Doc Request.PDF [IWOV-Archer.FID2887600]

Chris,

Attached is another protective order which we've used in our Michigan cases. It's a PO that only applies to production of the hard drives. Can you ask OC to track any changes he wants to make?

Thanks!

JF

---

**From:** Chris Fiore [mailto:cfiore@fiorebarber.com]
**Sent:** Tuesday, July 08, 2014 4:47 PM
**To:** CRDiscovery; copyright
**Subject:** FW: Siegel - Response to Doc Request.PDF [IWOV-Archer.FID2887600]

---

**From:** Newman, Darth M. [mailto:dnewman@archerlaw.com]
**Sent:** Tuesday, July 08, 2014 1:44 PM
**To:** Chris Fiore
**Cc:** Martin, Joseph
**Subject:** RE: Siegel - Response to Doc Request.PDF [IWOV-Archer.FID2887600]

Hello Chris,

Hope you have a good 4th of July weekend. Just following up on my below email to which I have not seen a response.

~~~Darth

**Darth M. Newman, Esq.**

One Centennial Square

2

Haddonfield, NJ 08033
Direct Dial: 856-673-3905
Fax: 856-673-7035
dnewman@archerlaw.com
www.archerlaw.com

**Archer&Greiner** P.C.
ATTORNEYS AT LAW

**From:** Newman, Darth M.
**Sent:** Thursday, July 03, 2014 1:21 PM
**To:** 'Chris Fiore'
**Cc:** Martin, Joseph
**Subject:** RE: Siegel - Response to Doc Request.PDF [IWOV-Archer.FID2887600]

Hello Chris,

My initial reactions are the following: This looks like an agreement designed for large commercial cases between competitors. I do not think we need a 2-layer confidentiality agreement much less a 3-layer agreement. Our clients are not competitors so there should be concern about Mr. Siegel seeing any of Malibu's documents and he does not have in-house counsel in any event. Also, the draft does not address at all any of the information Malibu asked Mr. Siegel for that would be considered confidential.

Do you have a simpler or more tailored agreement we can work off, perhaps from one of Malibu's many other copyright actions, or would you prefer I take a scalpel and a pen to this one?

~~~Darth


**Darth M. Newman, Esq.**

One Centennial Square
Haddonfield, NJ 08033
Direct Dial: 856-673-3905
Fax: 856-673-7035
dnewman@archerlaw.com
www.archerlaw.com

**Archer&Greiner** P.C.
ATTORNEYS AT LAW

**From:** Chris Fiore [mailto:cfiore@fiorebarber.com]
**Sent:** Tuesday, July 01, 2014 9:55 AM
**To:** Newman, Darth M.
**Subject:** Siegel - Response to Doc Request.PDF

Darth:

Attached is Plaintiff's standard Protective Order. I would like to get this in place so that we can review Defendant's hard drive. Kindly track changes if any are made.


CHRISTOPHER P. FIORE, ESQUIRE

Fiore & Barber LLC

3

Attorneys At Law
418 Main Street, Suite 200
Harleysville, PA  19438
cfiore@fiorebarber.com
T   215-256-0205
F   215-256-9205
M  610-462-1698


IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.